IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

DAVID GERENA, SR.,

    Debtor.

NO. 17-14434
CHAPTER 13

JUDGE LASHONDA A. HUNT

## AGREED ORDER CONDITIONING AUTOMATIC STAY

THIS CAUSE coming on to be heard on the motion of SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, its successors and/or assigns, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED:**

1. In response to the motion to modify stay, Debtor paid the sum of $4,631.36 which cured the post-petition default through April 2018.

2. The Debtor now must continue to make post-petition mortgage payments directly to Creditor.

3. If the Debtor fails to make post-petition mortgage payments to Creditor such that a two-month post-petition default accrues, then Creditor shall send a *Notice of Default* to Debtor, the non-filing co-debtor, the Debtor's attorney, and the Chapter 13 Trustee specifying the amount of the default and informing Debtor that he has 14 days within which to cure the complained of default. In the event that Debtor does not cure the default within the time specified, then the Creditor may file with the court a *Notice of Modification of Stay* and the stay shall be automatically modified pursuant to §§362 and 1301 and Bankruptcy Rule 4001(a)(3) waived, and as to an individual by the name of Marta Gerena, as to movant, its principals, agents, successors and/or assigns, as to certain real estate with a common address of 6410 South Laporte Avenue, Chicago, Illinois 60638.

4. In the event the stay is modified pursuant to this order, all claims of the mortgage company shall be withdrawn.

ENTER:

_LaShonda A. Hunt_
BANKRUPTCY JUDGE

DATED: May 1, 2018

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301  Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR FV-I, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, its Successors and/or Assigns